UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 2:19-CR-00033-DCLC-CRW |
| vs. | ) | |
| DENNIS LEE SILVERS, | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge [Doc. 426]. Pursuant to Rule 24 of the Federal Rules of Appellate Procedure, the magistrate judge recommends that Defendant's *Pro Se* Motion for Leave to Appeal *in forma pauperis* [Doc. 424] be denied. Specifically, the magistrate judge found that Defendant's appeal is not taken in good faith. Defendant did not file timely objections to the Report and Recommendation.[1] *See* Fed.R.Crim.P. 59(b)(2).

After thorough consideration of Defendant's motion and the Report and Recommendation, the Court finds that the Report and Recommendation properly analyzes the issues presented. Therefore, the Court **ACCEPTS** and **ADOPTS** the Report and Recommendation [Doc. 426]. For the reasons set out in the Report and Recommendation, which are incorporated by reference herein, Defendant's Motion for Leave to Appeal *in forma pauperis* [Doc. 424] is **DENIED**.

SO ORDERED:

s/ Clifton L. Corker
United States District Judge

---

[1] Failure to file objections within the 14-day period results in waiver of the right to appeal the Court's order. *Thomas v. Arn*, 474 U.S. 140, 153-54 (1985).